Submitted on briefs October 26, reversed and remanded for reconsideration November 23, 1983

ROSE,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION et al,
*Respondents.*

(83-AB-367; CA A27657)

671 P2d 1208

Jonathan T. Harnish, Calvin L. Keith, and Bullard, Korshoj, Smith & Jernstedt, P.C., Portland, filed the brief for respondent Klamath County.

William F. Gary, Deputy Attorney General, Salem, waived appearance for respondent Employment Division.

Before Joseph, Chief Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

In *Bremer v. Employment Division,* 47 Or App 1131, 1137, 615 P2d 1170 (1980), we said:

"\* \* \* Before the Board may hold that the claimant had failed to consider 'reasonable alternatives' for leaving work, it must be found that there were such alternatives. Without such a finding, the Board's conclusion is not supported by its own findings."

The order in this case is identically defective.

Reversed and remanded for reconsideration.